UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS WOOD and <br> CAROL WOOD, <br>     Plaintiffs, <br><br> vs. <br><br> FOREMOST INSURANCE COMPANY, <br><br>     Defendant. | Case No. 4:04CV1813 HEA |

**ORDER**

**IT IS HEREBY ORDERED** that the parties in this matter are to submit to the Court their joint proposed Amended Case Management Order within twenty (10) days from the date of this order.

Dated this <u>17th</u> day of <u>February</u>, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE