UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS WOOD and CAROLYN WOOD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:04CV1813 HEA, |
| FOREMOST INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order dated this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

Summary Judgment is entered in favor of defendant and against plaintiffs.

Dated this 9th day of March, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE